UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff(s), | ) | |
| vs. | ) | Case No. 4:10CR24 JCH (MLM) |
| YURIY SHRIFTEYLIK, | ) | |
| Defendant(s). | ) | |

## ORDER

This matter is before the Court on Defendant Yuriy Shrifteylik's Motion to Sever Trial from that of Co-Defendant David Ryan Hunt. Pursuant to 28 U.S.C. § 636(b), this matter was referred to United States Magistrate Judge Mary Ann L. Medler, who filed a Report and Recommendation on February 19, 2010. The Government submitted objections thereto on March 4, 2010.

The Magistrate Judge recommends that the Court grant Defendant's motion. After de novo review of this matter, this Court adopts the Magistrate Judge's recommendation.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge (Doc. No. 37) is **SUSTAINED, ADOPTED, AND INCORPORATED** herein.

**IT IS FURTHER ORDERED** that Defendant Yuriy Shrifteylik's Motion to Sever Trial from that of Co-Defendant David Ryan Hunt (Doc. No. 23) is **GRANTED**.

Dated this 5th day of March, 2010.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE